UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD COHAN,

    Plaintiff,

v.                             CASE NO. 8:21-cv-2814-SDM-AEP

HHC TRS TAMPA, LLC,

    Defendant.
_____/

## ORDER

The plaintiff announces (Doc. 10) a settlement. Under Local Rule 3.09(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on January 18, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE