UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                                    CASE NO.: 8:21-cv-02814-SDM-AEP

HHC TRS TAMPA LLC
a Foreign Limited Liability Company
d/b/a TAMPA AIRPORT HILTON

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN, and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, HHC TRS TAMPA LLC, a Foreign Limited Liability Company, d/b/a TAMPA AIRPORT HILTON.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff