UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD COHAN,

    Plaintiff,

v.                      CASE NO. 8:21-cv-2814-SDM-AEP

HHC TRS TAMPA LLC,

    Defendant.
_____/

**ORDER**

In accord with the plaintiff's notice (Doc. 12), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on February 22, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE